IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VICKI BLANSETT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1-21-cv-00684 |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD G. FONFRIAS, individually, | ) | |
| And FONFRIAS LAW GROUP, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW REBECCA ALEXANDER AS COUNSEL

Pursuant to Local Rule 83.17, Plaintiff, by and through her undersigned counsel, respectfully move to withdraw the appearance of Rebecca Alexander as an attorney of record in this matter:

1. Rebecca Alexander is currently listed as an attorney of record in this matter.

2. Rebecca Alexander has accepted a position with a different law firm and will be leaving Leonard Trial Lawyers LLC effective July 9, 2021.

3. Michael Leonard will continue to represent Plaintiff as lead counsel in this matter.

4. The parties will suffer no prejudice from the relief requested.

WHEREFORE, Plaintiff respectfully requests that this Court withdraw the appearance of Rebecca Alexander in this matter.

Dated: July 6, 2021                                   Respectfully submitted,

                                                       */s/ Rebecca Alexander*

                                                       **LEONARD TRIAL LAWYERS LLC**
                                                       Michael I. Leonard
                                                       Rebecca S. Alexander
                                                       120 North LaSalle, Suite 2000

1

Chicago, Illinois 60602
(312) 380-6659 (direct)
(312)380-6559 (fax)
mleonard@leonardtriallawyers.com
ralexander@leonardtriallawyers.com

## CERTIFICATE OF SERVICE

I, Rebecca Alexander, the undersigned attorney, hereby certify that I served the foregoing document by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record by CM/ECF on July 6, 2021.

*/s/ Rebecca Alexander*

**LEONARD TRIAL LAWYERS LLC**
Michael I. Leonard
Rebecca S. Alexander
120 North LaSalle, Suite 2000
Chicago, Illinois 60602
(312) 380-6659 (direct)
(312)380-6559 (fax)
mleonard@leonardtriallawyers.com
ralexander@leonardtriallawyers.com

2